IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CALLUM CARTER, | § | |
| | § | No. 244, 2024 |
| Respondent Below, | § | |
| Appellant, | § | Court Below—Family Court of |
| | § | the State of Delaware |
| v. | § | |
| | § | File No. CK93-03755 |
| JASMINE CARTER, | § | Petition Nos. 93-5-19 DIV |
| | § | 93-6-007 SUP |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: January 31, 2025
Decided: March 27, 2025

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## ORDER

After careful consideration of the parties' briefs and the record on appeal, the Court concludes that the judgment below should be affirmed on the basis of and for the reasons stated in the Family Court's order, dated May 31, 2024, granting in part the first motion for clarification and denying the second motion for clarification. The appellee's request for fees she incurred in defending this appeal is denied because she did not comply with Supreme Court Rule 20(f).[1]

---

[1] Rule 20(f) provides that this Court may award costs and expenses, including attorneys' fees, to an appellee in a frivolous appeal, but the appellee must file a motion in conformance with Rule 30 by the deadline for the filing of a reply brief.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is affirmed.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice